UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 6:18-cv-1366-RBD-LHP

BRUCE A. KWITNY; and U.S. BANK
TRUST NATIONAL ASSOCIATION,

    Defendants.
_____

## ORDER

The Government brought this suit to enforce tax liens against property owned by Defendant Bruce A. Kwitny; Defendant U.S. Bank Trust N.A. has a mortgage lien on the property. (Doc. 80 ("Motion"), p. 1.) The parties now move to order the property to be foreclosed and sold. (*Id.* at 12.) On referral, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation submitting that the Court should grant the Motion. (Doc. 84 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

    1.     The R&R (Doc. 84) is **ADOPTED AND CONFIRMED** and made a

      part of this Order in its entirety.

2. The parties' Motion (Doc. 80) is **GRANTED**.

3. The Court **FINDS** that a forced foreclosure sale of the Subject Property is appropriate and **HONORS** the parties' Stipulation of Priority. (Doc. 75.)

4. The Court **ORDERS** the sale of the Subject Property at a judicial sale pursuant to 26 U.S.C. §§ 7402 and 7403 and in accordance with the terms and conditions set forth in the parties' proposed order. (Doc. 83.)

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 15, 2022.



ROY B. DALTON JR.
United States District Judge